| | |
|---|---|
| Debtor 1 | Diana Sharaki |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the | CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA) |
| Case number | 23-10979 MH |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Real Time Resolutions. Inc.

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 8 8 8 7

**Date of payment change:** 06/20/2023
Must be at least 21 days after date of this notice

**New total payment:** $ 1,010.25
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Home Equity Line of Credit

   Current interest rate: 11.625 %    New interest rate: 11.875 %

   Current principal and interest payment: $972.21    New principal and interest payment: $ 1,010.25

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1  **Diana Sharaki**
        First Name    Middle Name    Last Name

Case number (if known) 23-10979

**Part 4:  Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Rose Velasquez
Signature

Date 5/26/2023

Print:  Rose Velasquez
     First Name    Middle Name    Last Name

Title  Senior Analyst

Company  Real Time Resolutions, Inc

Address  1349 Empire Central Suite 150
     Number    Street

Dallas    TX    75247-4029
City    State    ZIP Code

Contact phone  888-741-1124

Email  bankruptcy@rtresolutions.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)

In re:                                )
                                      )
                                      )
**Diana Sharaki**                     )
                                      )     CHAPTER 13
                                      )     CASE NO.   23-10979
                                      )
Debtors                               )

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing notice of payment change upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

HALLI B HESTON
Attorney at Law
19700 FAIRCHILD RD STE 280
IRVINE, CA 92612-

AMRANE COHEN
Standing Chapter 13 Trustee
770 THE CITY DRIVE SOUTH SUITE 3700
ORANGE, CA 92868-

Diana Sharaki
6 TANGERINE
IRVINE, CA 92618-4568

Dated   5/26/2023

Real Time Resolutions, Inc.

By: /s/ Rose Velasquez

1349 Empire Central, Suite 150
Dallas, TX 75247