# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:** | CHAPTER 13 |
| Diana Sharaki | **8:23-bk-10979-MH** |
| 6 Tangerine | |
| Irvine, CA 92618 | Monday, September 25, 2023 |
| DEB1 SSN XXX-XX-1833, | |

## NOTICE OF RECEIPT OF ADDITIONAL/AMENDED CLAIM

COMES NOW the trustee and shows the following claim was filed against the estate of the debtor, and that such claim was not included on previous notices of claims filed:

| NAME AND ADDRESS OF CREDITOR | CLAIM AMOUNT | CLASS |
|---|---|---|
| NATIONSTAR MORTGAGE, LLC. | $850.00 | nd Expense (Rule 3002.1) |
| PO BOX 619094 | | % Cred: 100.00 |
| DALLAS, TX  75261-9741 | Comm: POST PET MTG F | Acct:6856 |
| Trustee Claim#: 13 | Court Claim#: 2 | |

Pursuant to 11 U.S.C. 501 and 11 U.S.C. 502(a) this claim will be deemed allowed unless a party in interest objects.

**Notice is given that the absence of a timely filed written objection to the allowance of the claim within 21 days from the date of mailing is deemed an approval by the debtor(s) to the allowance and payment of such claim.**

/s/ Amrane Cohen_____
Amrane Cohen, Chapter 13
Trustee

| | |
|---|---|
| **In re:**<br>Diana Sharaki<br>6 Tangerine<br>Irvine, CA 92618           Debtor(s). | **CHAPTER 13**<br><br>**Case No.:** 8:23-bk-10979-MH |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #3700
ORANGE, CA  92868

The foregoing document described as <u>NOTICE OF INTENT TO PAY ADDITIONAL /AMENDED CLAIMS.</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 9/25/2023  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

   Halli B Heston                                                            hheston@hestonlaw.com
                                                                              handhecf@gmail.com

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:


**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 9/25/2023 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

Diana Sharaki
6 Tangerine
Irvine, CA 92618

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 9/25/2023 | REYNA PATRICK | /s/_REYNA PATRICK__ |
| Date | Type Name | REYNA PATRICK |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.